RWT 16 CV 1467 *20 Pgs.*

U.S. District Federal

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 MAY 16 PM 2:42
CLERK'S OFFICE
AT GREENBELT
BY_____ DEPUTY

# IN THE ~~DISTRICT~~ COURT OF ~~PRINCE GEORGES~~

# ~~COUNTY~~ MARYLAND

## PLAINTIFF

## MS. RENEE (COG) FEREBEE

## VS.

## RETINA GROUP OF WASHINGTON

## (DOCTOR BRUCE GOODMAN O.D.)

Pursuant to Md. Rule 13 Fed C.V.P.

**PLAINTIFF HEREBY IS FILING A CLAIM AGAINST THE (RGW) AGAINST DR. BRUCE GOODMAN FOR NEGLIENCE, WRONG OBSERVATION. PLAINTIFF HAVE ENCLOSED ALL DOCUMENTS WHERE PLAINTIFF'S EYES WERE NOT NEEDED FOR SHOTS THAT PLAINTIFF HAVE NO KNOWLEDGE OF WHAT THE SHOTS WERE.**

**PLAINTIFF VISION WAS IN FAR MORE BETTER CONDITION BEFORE SEEING DR. GOODMAN, WHEN SHOTS WERE ADMINISTERED, PLAINTIFF VISION BECAME WORST, WHERE PLAINTIFF NOW HAVE TO WEAR BI-FOCALS. PLAINTIFF WAS TOLD BY TWO OPTOMETRIST, THAT SHE NEEDED TO SEE A SPECIALIST, BECAUSE OF BLOOD IN HER EYE, WHICH THE**

1.

OPTOMETRIST HAVE MENTION, IT COMES FROM HYPERTINSION, AND DIABETES. PLAINTIFF WOULD LIKE FOR THE COURT TO KNOW, SHE IS NOT DIABEITIC, AND HER BLOOD PRESSURE IS VERY NORMAL, WHICH PLAINTIFF TAKES 15.5 MILLIGRAM ONE A WEEK, NOT SEVEN DAYS A WEEK. PLAINTIFF ALSO BELIVES THAT CONSPIRACY HAS PLAYED A MAJOR ROLE IN THIS CASE AS WELL. SIMPLY, BECAUSE THE PLAINTIFF IS THE ORIGINAL CHILD OF HER HEAVENLY FATHER, AND DID IN FACT MENTION THAT TO DR. GOODMAN, WHO REPLIED WITH A NONCHALANT ATTITUDE, AND ALSO SAID "I'LL TAKE CARE OF YOU". PLAINTIFF HAVE ENCLOSED DOCUMENTS THAT SHOWS WHERE HER EYE VISION DID IN FACT DROPED, SINCE THE SHOTS, AND PLAINTIFF LEFT EYE DID NOT NEED ANYTHING AT ALL, NOR DID THE PLAINTIFF'S RIGHT EYE, PLAINTIFF JUST NEEDED REGULAR GLASSES, BECAUSE SHE IS ON THE COMPUTER EVERY DAY. PLAINTIFF USE TO WEAR EYE GLASSES AND CONTACTS LEN, FOR MILD STIGMATISM WHICH WAS GOOD WHEN SHE DROVE, AND SOMETIMES WHEN READING.

PLAINTIFF WAS TOLD BY A SPECIALIST AT HOWARD UNIVERSITY, (DOCUMENTS ENCLOSED), THAT OPTOMETRISTS JUST ARE DOCTORS WHO EXAMINE YOU FOR GLASSES, PRETTY MUCH SAYING, THEY DO NOT HAVE THE EXPERTISE NOR THE EQUIPMENT TO DIAGNOSE SUCH PROGNOSIS.

CONCLUSION:

PLAINITFF IS SEEKING FIVE HUNDRED MILLION DOLLARS IN PUNTIVE DAMAGES, TORT, WRONG OBSERVATION, AND NEGLIENCE. PLAINTIFF'S VISION IS NOT LIKE IT USE TO BE, PLAINTIFF BELIEVES THAT THE DOCTOR KNEW OF IT'S CIRCUMSTANCES AROUND ME, (THE THING), WHICH DOCTOR GOODMAN MENTION TO ME HIMSELF "THAT'S SOMETHING IS GOING ON". PLAINTIFF IS DISPUTING THE FACT THAT THE DOCTOR KNOWS OF IT'S SITUATION SURROUNDING THE PLAINTIFF, AND STILL WENT AHEAD ADMINISTER SHOTS THAT WAS NOT NEEDED, ALONG WITH THE TWO OPTOMETRIST WHO ALSO KNEW ABOUT PLAINTIFF SITUATIONS, WHICH THE DOCTOR AT "MY EYE DOCTOR" PRESCRIBE MEDICINE ONLY FOR THE RIGHT EYE, BUT PLAINTIFF NOTICE THAT THERE WAS NO MEDICINE IN THE RIGHT LENS, AND

3.

PLAINTIFF HAD TO CONFRONT THAT PARTICULAR SITUATION TO "MY EYE DOCTOR", AND MY GLASSES WERE RETRIEVED AND LATER WAS PRESCRIBED WITH MEDICATION, AND THE SUPERVISOR "JAMES", REFUNDED AT LEAST TEN DOLLARS BACK OFF MY PRESCRITION ORDER, CONSPIRACY, AS YOU CAN SEE, WAS AMONGST THE THREE EYE DOCTERS {AMERICA'S BEST, MY EYE DOCTOR, AND RGW) PLAINTIFF HIGHLY RECOMMENDS INVESTIGATIONS, AND THE YOUNG DOCTOR AT "MY EYE DOCTOR" HAS LEFT IT'S ESTABLISHMENT.

PLAINTIFF WOULD ALSO LIKE TO MENTION, BECAUSE SHE IS THE ORIGINAL CHILD OF HER HEAVENLY FATHER, SOCIETY IS CALLING HER CRAZY, AND EVERYONE SEEMS TO BE TAKEN ADVANTAGE OF THE PLAINTIFF.

RETINA GROUP OF WASHINGTON

DR. BRUCE GOODMAN

600 PENNSYLVANIA AVENUE

WASHINGTON, D.C. S.E. 20003

4).

MS. RENEE (COG) FEREBEE

ATTORNEY

P.O. BOX 712, TEMPLE HILLS, MD. 20757

240 510-8826

5