**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RENEE FEREBEE, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. RWT-16-1467 |
| DR. BRUCE GOODMAN, RETINA GROUP OF WASHINGTON, | * | |
| | * | |
| Defendants | | |
| | *** | |

## ORDER

The above-captioned case was filed on May 16, 2016, together with a Motion to Proceed in Forma Pauperis. The Complaint alleges Defendants committed medical malpractice while treating Plaintiff and requests "five hundred million dollars" in damages. ECF No. 1, at 3.

Plaintiff invokes this Court's jurisdiction by claiming the U.S. Government is a Plaintiff, but this is clearly not the case. ECF No. 1-1, at 1. The basis for bringing the instant Complaint in federal court is under the Court's diversity jurisdiction. Under 28 U.S.C. § 1391(b),

> a civil action wherein jurisdiction is founded only on diversity of citizenship may . . . be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought.

The named Defendants appear to reside in Washington, D.C., and all events described in the Complaint occurred in Washington, D.C. Therefore, the appropriate venue for this case is the United States District Court for the District of Columbia. "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the

interest of justice transfer such case to any district or division in which it could have been brought." 28 U.S.C. §1406(a).  The case shall be dismissed without prejudice.

Accordingly, it is this 15th day of July, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The instant case IS DISMISSED without prejudice;

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

                                                         /s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE